UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
**7:09-CV-12-FL**

Michelle Green,

    Plaintiff,

vs.

Michael J. Astrue,

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

ORDER APPROVING ATTORNEY FEES
PURSUANT TO 42 U.S.C. §406(b)

    Plaintiff's attorney, H. Clifton Hester, has submitted a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) which requests approval of $7,326.00. Said requested amount is 25% of the past-due social security disability benefits paid on plaintiff's account, and represents the amount agreed to between the plaintiff and the attorney pursuant to the written fee agreement and is therefore reasonable.

    IT IS ORDERED that the Court approves the full requested fee of $7,326.00 which shall be deducted from the claimant's past-due benefits and paid directly to his attorney.

This 7th day of January 2012

_____
Louise W. Flanagan
UNITED STATES DISTRICT JUDGE